Katharinê H. Talbott, Appellant, v. Steward-Mellon, etc., Company, Appellees.

An appeal from the Circuit Court for Dade County; H. F. Atkinson, Judge.

Appeal dismissed on motion of counsel for Appellant.

*Shutts & Bowen,* for Appellant;

*McCaskill, Taylor & McCaskill,* for Appellees.

---

Miami Beach Electric Company, a Corporation, Plaintiff in Error, v. Viola M. Bonney, Defendant in Error.

A Writ of Error to the Circuit Court for Dade County; C. L. Wilson, Judge.

Writ of Error dismissed on motion of counsel for the respective parties.

*Frank Smathers,* for Plaintiff in Error;

*G. A. Worley & Son,* for Defendant in Error.